**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LAUREN ZEUNER** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  22-2381** |
| | : | |
| **DENIS MCDONOUGH** | : | |

## <u>ORDER</u>

**AND NOW**, this 7th day of June 2023, upon considering defendant's motion to dismiss, or alternatively, for summary judgment (DI 6), plaintiff's opposition (DI 11), defendant's reply (DI 12), and for reasons in the accompanying Memorandum, it is **ORDERED** defendant's motion to dismiss, or alternatively, for summary judgment (DI 6) is **DENIED**.

_____
**MURPHY, J.**